IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BRANDY ROBINSON and J.H.**,

    Plaintiffs,

v.

**FEDERAL BUREAU OF INVESTIGATION et al.**,

    Defendants.

No. 3:13-cv-00205-MO

OPINION AND ORDER

**MOSMAN, J.**,

    Pro se plaintiff Brandy Robinson has filed a 379-page complaint [1] against more than 20 defendants. For the following reasons, I *sua sponte* dismiss Ms. Robinson's complaint without prejudice and with leave to amend.

## DISCUSSION

    Under Federal Rule of Civil Procedure 8(a), a complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Ms. Robinson's complaint fails this test. For example, Ms. Robinson marches through 1093 enumerated paragraphs before she reaches her first claim for relief. The unreasonable length and convoluted nature of Ms. Robinson's complaint imposes an unfair burden on defendants and the Court. *See Presidio*

1 – OPINION AND ORDER

*Group, LLC v. GMAC Mortg., LLC*, 2008 WL 2595675, at *2 (W.D. Wash. June 27, 2008). I therefore dismiss plaintiff's complaint without prejudice and with leave to file an amended complaint, not to exceed 35 pages, within 30 days from the date of this order. If Ms. Robinson chooses to file an amended complaint, she need not recite every piece of evidence that she intends to adduce at trial. Instead, Ms. Robinson should limit herself to a short and plain statement of her claims. The amended complaint only must contain "sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

## CONCLUSION

Ms. Robinson's complaint is therefore DISMISSED under Federal Rule of Civil Procedure 8(a) without prejudice and with leave to amend.

IT IS SO ORDERED.

DATED this   13th   day of March, 2013.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER