IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BRANDY ROBINSON and J.H.**,

        Plaintiffs,

        v.

**FEDERAL BUREAU OF INVESTIGATION et al.**,

        Defendants.

No. 3:13-cv-00205-MO

OPINION AND ORDER

**MOSMAN, J.**,

    Despite prior rulings in this case, plaintiff's complaint continues to be a rambling recitation of unconnected events across many years of time and several states. She appears to be listing almost any indignity she has suffered. Even read generously, the complaint fails to state any claim on which relief can be granted. This is plaintiff's third try. This case is therefore dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this __28th__ day of June, 2013.

                                      /s/ Michael W. Mosman
                                      MICHAEL W. MOSMAN
                                      United States District Judge

1 – OPINION AND ORDER